UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ANDREW DAVID WETZEL (#539179) | CIVIL ACTION |
| VERSUS | |
| HOWARD PRINCE, ET AL | NO. 11-0058-RET |

**RULING**

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated March 21, 2011, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the plaintiff's Complaint will be dismissed, without prejudice, for failure to pay the Court's filing fee.

Baton Rouge, Louisiana, June 6, 2011.

RALPH E. TYSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA